**Charles MONAZYM, Appellant, v. UNITED STATES of America, Appellee.**

**No. 9267.**

Circuit Court of Appeals, Sixth Circuit.

June 2, 1943.

P. J. M. Hally and I. H. Polozker, both of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript, briefs and arguments of counsel, and the court being of the opinion that there is no reversible error in the record, it is ordered and adjudged that the judgment and sentence entered by the District Court on April 29, 1942, and appealed from, be and the same is in all things affirmed.

---

**MORGAN PACKING COMPANY et al., Appellants, v. Jeanne McCRATE, Appellee.**

**No. 9308.**

Circuit Court of Appeals, Sixth Circuit.

April 22, 1943.

C. M. Cable, and Cable & Cable, all of Lima, Ohio, for appellant.

Ross W. Shumaker and Fraser, Effler, Shumaker & Winn, all of Toledo, Ohio, and Knepper, White & Dempsey, of Columbus, Ohio, for appellee.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript, briefs and arguments of counsel, and on consideration thereof, the court is of the opinion that in so far as any reviewable question is presented, the record discloses no prejudicial error.

It is therefore ordered and adjudged that the judgment appealed from be, and the same is, affirmed.

---

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Elmer A. FUGLIE et al.**

**No. 12538.**

Circuit Court of Appeals, Eighth Circuit.

March 8, 1943.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

C. N. Dean and Elmer A. Fuglie, pro se.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.